UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   26-cr-80112-Artau/Reinhart

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

vs.

CHRISTIAN FUNEZ,

Defendant.

_____/

FILED BY_____ CDB _____ D.C.

JUN 04 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

On or about April 25, 2026, in Palm Beach County, in the Southern District of Florida, the

defendant,

CHRISTIAN FUNEZ,
DEFENDANT,

an alien having been previously removed and deported from the United States on or about June 5, 2012,

and October 29, 2018, was found to be in the United States, knowingly and unlawfully, without the Attorney

General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States

Code, Sections 202(3) and 202(4), and 557) having expressly consented to such alien's reapplying for

admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

FOREPERSON

JASON A. REDING QUINONES
UNITED STATES ATTORNEY

SUZANNE HUYLER
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**CRISTIAN FUNEZ**

_____/

CASE NO.: ___26-cr-80112-Artau/Reinhart___

### CERTIFICATE OF TRIAL ATTORNEY

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)

☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take 2 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)

   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Ryon M. McCabe   Magistrate Case No. 26-mj-8334-RMM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of 5/22/2026

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

By: _____
Suzanne Huyler
Assistant United States Attorney
District Court No.   A5503350

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

Defendant's Name:  Cristian Funez

Case No:      26-cr-80112-Artau/Reinhart

Count #:

Illegal Reentry into the United States after deportation or removal

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.